AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 7:25-mj-441 |
| Eduardo Tello-Villarreal | ) |
| DOB: 2001 | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of March 7, 2025 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | whoever forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties and where such acts involve physical contact with the victim of that assault |

This criminal complaint is based on these facts:

See Attachment A

United States Courts
Southern District of Texas
FILED
*03/08/2025*
Nathan Ochsner, Clerk of Court

☒ Continued on the attached sheet.

Approved by AUSA  Alexa Parcell

/s/ Elias Garza
*Complainant's signature*

Elias Garza, HSI Special Agent
*Printed name and title*

☒ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1

Date: 03/08/2025  @ 11:10 a.m.

*Judge's signature*

City and state: McAllen, Texas

Juan F. Alanis, US Magistrate Judge
*Printed name and title*

**Attachment A**

1. The purpose of this affidavit is in support of a complaint to arrest Eduardo TELLO-Villarreal, a Mexican Citizen, for violations of 18 USC 111 (a)(1)- Assaulting, resisting, or impeding certain officers or employees. The information in this affidavit is based on personal knowledge and information provided to me by other law enforcement officers and individuals. The information in this affidavit is provided for the limited purpose of establishing probable cause. The information is not a complete statement of all the facts related to this case.

2. On March 7, 2025, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection (CBP) Office of Field Operations at the Hidalgo Port of Entry (POE) in Hidalgo, Texas. CBP Officers (CBPOs) detained Eduardo TELLO-Villarreal (hereafter referred to as TELLO), a citizen of the Mexico, while attempting to enter the U.S. TELLO failed to present himself at the halfway checkpoint on the Hidalgo International Bridge. TELLO crashed and then exited his vehicle and proceeded to jump the median barriers running north bound on the south bound lane approaching the halfway point. Customs and Border Protection Officer (CBPO) O.H., wearing his standard issued law enforcement uniform with clearly visible patches and markings, saw TELLO running north bound and ordered TELLO to stop running.

3. CBPO O.H. then started running towards TELLO to interdict him after he unlawfully crossed into the United States. When CBPO O.H. approached TELLO, a CBPO witnessed TELLO physically push CBPO O.H. away with his hands. CBPO O.H. attempted to restrain TELLO and they both fell to the ground. TELLO continued to resist and CBPO O.H. was unable to secure TELLO's right hand. CBPO O.H. gave several orders to stop resisting. This continued for a few moments until CBPO O.H. was able to effectively subdue TELLO and secure his hands with handcuffs.

4. CBPO O.H. felt pain in his arm, elbow, and knees and requested to go to the hospital for a medical evaluation. Medical staff determined that CBPO O.H. had a sprained knee, elbow and wrist.

5. CBPO O.H. is a Customs and Border Protection Officer employed with the United States government, namely a person designated in section 1114 of Title 18.

6. TELLO is a citizen/national of Mexico. TELLO was illegally present in the United States.

7. Based on the aforementioned information, your affiant respectfully submits that Eduardo TELLO-Villarreal committed a violation of Title 18, United States code, section 111, Assaulting a Federal Officer.